```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHUNYUNG CHENG and SHIGUANG
CHEN, *individually and on behalf
of others similarly situated,*

                      Plaintiff,

      -against-

VIA QUANDRONNO LLC, VIA QUADRONNO
88 STREET, ANTICA BOTTEGA DEL VINO,
AND "JOHN" LAM a/k/a KC LAM, YONG "DOE",
and John Doe and Jane Doe,

                      Defendants.
----------------------------------------------------------------X

**ORDER RESCHEDULING
TELEPHONE CONFERENCE**

**20-CV-8903 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 14). The telephone conference previously scheduled for Friday, January 22, 2021 at 2:30 p.m. in advance of a settlement conference has been rescheduled to **Thursday, February 4, 2021 at 12:45 p.m.** The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: January 20, 2021
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge