

Regina E. Faul
212-841-0575
rfaul@phillipsnizer.com

485 Lexington Avenue
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

New York  New Jersey  Geneva

www.phillipsnizer.com

An international
member of Ally Law
www.Ally-Law.com

March 18, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2021

**MEMO ENDORSED**

VIA ECF

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007

    Re:    <u>Cheng et al v. Via Quadronno LLC et al, 1:20-cv-08903-LJL</u>

Dear Magistrate Judge Parker:

    This firm has been recently retained as counsel for all Defendants in the above referenced mater and has just filed a Notice of Appearance and proposed Consent Order Granting Substitution of Attorney. A settlement conference is scheduled before this Court for March 29, 2021 and the deadline to submit the Ex Parte Settlement Conference Summary Form and Letter (the "Conference Form and Letter") is March 22, 2021.

    We received voluminous documents from both prior counsel and our client just yesterday and respectfully request an adjournment of the settlement conference to provide us with adequate time to be properly prepared for the conference. We request that the settlement conference be adjourned 30 days to April 29, 2021, and that the deadline to submit the Conference Form and Letter be extended to April 22, 2021, or such dates thereafter as this Court chooses.

    There have been no previous requests for an adjournment or extension of time. Opposing counsel provided verbal consent to this 30-day extension today.

                                        Respectfully submitted,

                                        /s/ Regina E. Faul

                                        _____
                                        Regina E. Faul

Cc:    Law Offices of Hui Chen and Associates, P.C.

1469769.1

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Monday, March 29, 2021 at 2:00 p.m. is rescheduled to <u>Monday, June 21, 2021 at 2:00 p.m.</u> Counsel is directed to call Judge Parker's teleconference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than J<u>une 14, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

03/19/2021