```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHUNYUNG CHENG and SHIGUANG
CHEN, *individually and on behalf
of others similarly situated,*

                               Plaintiff,

              -against-

VIA QUANDRONNO LLC, VIA QUADRONNO
88 STREET, ANTICA BOTTEGA DEL VINO,
AND "JOHN" LAM a/k/a KC LAM, YONG "DOE",
and John Doe and Jane Doe,

                              Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO IN PERSON PROCEEDING**

**20-CV-8903 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic settlement conference in this matter previously scheduled for **Monday, June 21, 2021 at 2:00 p.m.** will be now be in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website 2 weeks in advance of the conference for the most up to date information**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 14, 2021 by 5:00 p.m.**

      SO ORDERED.
Dated: May 12, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge