UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                 :

CHUNYUNG CHENG *et al.*,               :

                      Plaintiffs,     :                   20-cv-8903 (LJL)

        -v-                      :                    <u>ORDER</u>

VIA QUADRONNO LLC *et al.*,     :

                     Defendants.    :

----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/27/2022__

**LEWIS J. LIMAN**, United States District Judge:

      At yesterday's case management conference, Defendants indicated that they may make a number of motions, including a motion to strike Plaintiffs' jury demand, a motion for judgment on the pleadings, and a motion for summary judgment with respect to plaintiff Espinal.  It is hereby ORDERED that Defendants shall make such motions, if any, by June 27, 2022.  Plaintiff shall file any opposition to those motions by July 25, 2022, and Defendant shall reply by August 5, 2022.  It is further ORDERED that Plaintiffs' claims against John Doe and Jane Doe are DISMISSED.

      Trial in this matter shall proceed on February 6, 2023 at 9:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse.  The Court will hold a final pretrial conference on February 1, 2023 at 3:00 p.m. in Courtroom 15C.  The parties shall file a proposed joint pretrial order by January 13, 2023.

      The parties are directed to contact Magistrate Judge Parker's chambers to schedule a settlement conference with sufficient time for the conference to occur before June 27, 2022.

      SO ORDERED.

Dated: May 27, 2022
      New York, New York            _____
                                    LEWIS J. LIMAN
                             United States District Judge