UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------------- x
CHUNYUNG CHENG, SHIGUANG CHEN, and        :      1:20-cv-08903-LJL-KHP
MARCIANO E. ESPINAL, on their own behalf and on   :
behalf of others similarly situated                :
                                                   :
                                       Plaintiffs, :
                                                   :      [PROPOSED]
   – against –                                     :      JUDGMENT
                                                   :
VIA QUADRONNO LLC, VIA QUADRONNO 88                :
STREET, ANTICA BOTTEGA DEL VINO, and KING          :
CHUNG LAM a/k/a KC LAM, XIU YONG CHEN, and         :
John Doe and Jane Doe,                             :
                                                   :
                                       Defendants. :
----------------------------------------------------------------------- x
```

**WHEREAS,** a Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs Chunyung Cheng, Shiguang Chen, and Opt-in Plaintiff Marciano E. Espinal (collectively, "Plaintiffs"), on January 17, 2023 (Dkt. No. 123) accepting Defendants Via Quadronno LLC, Via Quadronno 88 Street, King Chung Lam a/k/a "KC" Lam, and Xiu Yong Chen (collectively, "Defendants") January 10, 2023 offer to allow entry of judgment against them in the amount of $299,000.00, which sum shall include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all issues raised in Plaintiffs' complaint and asserted against Defendants; now it is therefore

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs against all Defendants in the total amount of $299,000.00, and which sums include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all issues raised in Plaintiffs' complaint and asserted against all Defendants.

The Clerk of the Court is respectfully directed to close the case.

Dated: _____
     New York, New York

                             _____

                                       J. LEWIS LIMAN
                                United States District Judge

i